JOHN SAMUEL GIBSON (Bar No. 140647)
john.gibson@us.dlapiper.com
**DLA PIPER LLP(US)**
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4704
Tel:    310.595.3039
Fax:    310.595.3339

BROOKE KILLIAN KIM (Bar No. 239298)
brooke.kim@us.dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel:    619.699.3439
Fax:    619.764.6739

*Attorneys for Defendant*

RAFEY S. BALABANIAN (Bar No. 315962)
rbalabanian@edelson.com
TODD LOGAN (Bar No. 305912)
tlogan@edelson.com
BRANDT SILVER-KORN (Bar No. 323530)
bsilverkorn@edelson.com
123 Townsend Street, Suite 100
San Francisco, CA 94107
Tel:    415.212.9300
Fax:    415.373.9435

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE**

| | |
|---|---|
| DONALD NELSON, an individual, and CHEREE BIBBS, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>APPLE INC.,<br>Defendant. | CASE NO.  5:21-CV-00553-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO RELATE THIS ACTION TO 5:21-MD-2985-EJD**<br><br>Judge:    Hon. Edward J. Davila<br>Room:    Courtroom 4<br><br>Complaint Filed: January 22, 2021 |

EAST/180745390

**STIPULATION TO RELATE THIS ACTION TO MDL 2985**

Plaintiffs Donald Nelson and Cheree Bibbs ("Plaintiffs") and Defendant Apple Inc. ("Defendant") (together, the "Parties"), pursuant to Civil Local Rule 7-12 of the United States District Court for the Northern District of California, submit this stipulated request that the Court transfer and relate this Action to *In re Apple Inc. App Store Simulated Casino-Styles Games Litig.*, Case No. 5:21-md-2985-EJD (N.D. Cal.) and in support state as follows:

**RECITALS**

WHEREAS, on December 31, 2020, Defendant Apple Inc. ("Apple") filed a Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Centralized Pretrial Proceedings with the Judicial Panel on Multidistrict Litigation ("Panel") seeking to centralize six actions in coordinated pretrial proceedings known as MDL 2985, *In re: Apple Inc. App Store Simulated Casino-Style Games Litigation* ("Apple MDL"), and to transfer them to the United States District Court for the Northern District of California (*see* MDL 2985, ECF No. 1); and

WHEREAS, on March 30, 2021, the Panel entered a Transfer Order and transferred the six actions that were the subject of the MDL Petition, but pending outside of the Northern District of California, to this Court for coordinated or consolidated pretrial proceedings (*see* MDL 2985, ECF No. 40); and

WHEREAS, the Panel found that the actions, including the instant Action, "involve common questions of fact" and specifically that all "[t]hese putative class actions present common factual questions arising from the allegation that Apple, through its App Store, promotes, facilitates, and profits from simulated casino-style games that involve gambling in violation of state laws," *id*. at 1; and

WHEREAS, the Panel also noted that this Action is a related, potential tag-along action, *id*. at 1 and 2, n.3; and

WHEREAS pursuant to Judicial Panel on Multidistrict Litigation Rule 7.2(a), when a potential tag-along (related) action is pending in the district in which the MDL is assigned, the Panel will not take action and instead, the parties "should request assignment of such actions to the Section 1407 transferee judge in accordance with applicable local rules," JPML Rule 7.2(a);

**NOW, THEREFORE**, pursuant to JPML Rule 7.2(a) and Civil Local Rule 7-12, the Parties respectfully stipulate[1] and request that this Action be transferred to join the related cases in Case No. 5:21-md-2985-EJD in light of the JPML Transfer Order and the Panel's findings stated therein.

Dated: April 22, 2021                              **EDELSON PC**

                                                   By:   */s/ Todd Logan*
                                                         RAFEY S. BALABANIAN
                                                         TODD LOGAN
                                                         BRANDT SILVER-KORN
                                                         Attorneys for Plaintiffs

Dated: April 22, 2021                              **APPLE INC.**

                                                   By:   */s/ Brooke Killian Kim*
                                                         JOHN SAMUEL GIBSON
                                                         BROOKE KILLIAN KIM
                                                         EVA K. SCHUELLER
                                                         Attorneys for Defendant

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, I hereby certify that the content of this document is acceptable to Todd Logan, counsel for Plaintiffs, and that I have obtained Mr. Logan's authorization to affix his electronic signature to this document.

Dated: April 22, 2021                       */s/ Brooke Killian Kim*
                                            Brooke Killian Kim
                                            Attorney for Defendant

---

[1] Apple expressly reserves, and does not waive, all rights and defenses, including but not limited to those based on jurisdiction, venue, standing, applicable arbitration agreements and/or class action waivers, and failure to state a claim upon which relief may be granted.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the Court relates and transfers this case to the following: *In re Apple Inc. App Store Simulated Casino-Styles Games Litig.*, Case No. 5:21-md-2985-EJD (N.D. Cal.).

IT IS SO ORDERED.

Dated:   April 22, 2021

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE